HENRY PFAFF & another *vs.* JOHN GOLDEN, Jr.

Suffolk. March 6. — 27, 1879. MORTON & ENDICOTT, JJ., absent.

The assignment of a lease by the lessor entitles the assignee to sue .the. lessee in his own name on the covenants in the lease; and an assignment by the lessee of his right, title and interest in the lease does not exempt him from liability on his covenant to pay rent, although the assignee of the lessor assents to the latter assignment.

CONTRACT on a written lease, executed by G. R. Reichart and Katherine Reichart as lessors, and by the defendant as lessee, for the term of five years from February 1, 1874, the rent to be paid in equal monthly instalments, and containing the covenants that the lessee, his executors, administrators and assigns, would pay the rent in the manner stipulated, and that they would not, without the consent in writing of the lessors, their heirs or assigns, assign the lease, nor underlet the whole or any part of the premises.

The case was submitted to the Superior Court, and, after judgment for the plaintiffs, to this court on appeal, on agreed facts in substance as follows:

The defendant entered into possession of the demised premises under the lease, and paid the monthly rent to the lessors up to December 1, 1875. The plaintiffs were the holders of an outstanding mortgage upon the demised premises, under which

they took possession for the purpose of foreclosure on November 16, 1875, and on the same day took an assignment in writing, under seal, from the lessors, of the lease, and a quitclaim deed of the premises was executed by the lessors and delivered to the plaintiffs on February 10, 1876. The defendant paid the rent for the month of November, 1875, to the plaintiffs, and on January 14, 1876, signed and sealed the following instrument, on the back of the lease: " In consideration of one dollar to me paid by Louis Lewisson of Boston, in the county of Suffolk, and State of Massachusetts, the receipt whereof is hereby acknowledged, I do hereby transfer and set over the within lease and all my right, title and interest therein for the remainder of the term of said lease. To have and hold the same to said Lewisson from the date hereof." On February 8, 1876, the plaintiffs indorsed on the lease their consent to the assignment.

If the plaintiffs could maintain this action, judgment was to be entered for them in the sum of $616.89, with interest.

The Superior Court ordered judgment for the plaintiffs for $656.99; and the defendant appealed to this court.

*D. E. Richardson & J. M. Browne*, for the defendant.

*A. Russ & D. A. Dorr*, for the plaintiffs.

BY THE COURT. The assignment, from the lessors to the plaintiffs, of the lease to the defendant, entitled them to sue him in their own names upon his covenants in the lease. *Hunt* v. *Thompson*, 2 Allen, 341. The assignment from him did not exempt him from liability on that covenant. *Way* v. *Reed*, 6 Allen, 364. *Judgment affirmed.*